```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN FRANCIS GLATTS, III,     :   CIVIL ACTION
                              :   NO. 09-2201
        Plaintiff,            :
                              :
        v.                    :
                              :
CROZER-KEYSTONE HEALTH SYS.   :
et al.,                       :
                              :
        Defendants.           :
```

## **O R D E R**

**AND NOW,** this **18th** day of **August, 2009,** upon consideration of Plaintiff's motion to remand (doc. no. 13), and Defendants' opposition thereto, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this case shall be **REMANDED** to the Court of Common Pleas of Philadelphia County.

**IT IS FURTHER ORDERED** that Defendants' motion for joinder (doc. no. 16) and Defendants' motion for leave to file a reply memorandum (doc. no. 24) are **DENIED as moot.**

**IT IS FURTHER ORDERED** that this case shall be marked **CLOSED.**

**AND IT IS SO ORDERED.**

                       <u>S/Eduardo C. Robreno</u>

                       **EDUARDO C. ROBRENO, J.**